Circuit Court of Appeals for the Seventh Circuit denied. *Mr. C. B. Tinkham* for petitioner. *Mr. Buell McKeever* for respondent.

No. 510. MARSHALL HALL MILLING CO. ET AL. *v.* MEXICAN-AMERICAN FRUIT & STEAMSHIP CORP. November 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Carroll Single, J. M. Richardson Lyeth,* and *Henry P. Dart, Jr.,* for petitioners. *Messrs. George H. Terriberry* and *Joseph M. Rault* for respondent.

No. 304. ROBINSON ET AL. *v.* HOLMAN ET AL. S. c., *ante,* p. 804.

No. 356. POSADOS, COLLECTOR OF INTERNAL REVENUE, *v.* OSSORIO. November 24, 1930. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. William Cattron Rigby, W. A. Graham,* and *E. A. Kreger* for petitioner. No appearance for respondent.

No. 413. ANDREWS STEEL CO., INC., *v.* UNITED STATES. November 24, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Robert T. Tedrow* and *Walter W. McCaslin* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Paul D. Miller* for respondent.

No. 497. CHICAGO, INDIANAPOLIS & LOUISVILLE RY. CO. *v.* INTERNATIONAL MILLING CO. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Ap-